4045

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FILED
APR - 9 2007
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS (See attached schedule for case list)** : **MDL 875**

**TRANSFER ORDER NO. 24**

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL - 875 cases from the District Court for the District of Rhode Island, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto. The effective date of transfer is upon entry of this order.

**BY THE COURT**

James T. Giles

**JAMES T. GILES, J.**

**Date:** 4-9-07