| Date | PAED # | Transfer # | Name of Plaintiff | Transfer Dist./Div. |
|---|---|---|---|---|
| 4/9/2007 | 63504 | 88-00169 | Bettencourt, George | RHODE ISLAND - 1 |
| 4/9/2007 | 63505 | 90-00068 | Johnson, Joan | RHODE ISLAND - 1 |
| 4/9/2007 | 63506 | 92-00334 | Katowicz, Irene | RHODE ISLAND - 1 |
| 4/9/2007 | 63507 | 92-00547 | Grant, Phylis B. | RHODE ISLAND - 1 |
| 4/9/2007 | 63508 | 92-00589 | Benjamin, Margaret | RHODE ISLAND - 1 |
| 4/9/2007 | 63509 | 92-00590 | Corrente, Frank | RHODE ISLAND - 1 |
| 4/9/2007 | 63510 | 92-00625 | Koslowski, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63511 | 92-00627 | DeLuca, Ralph | RHODE ISLAND - 1 |
| 4/9/2007 | 63512 | 93-00003 | Morgera, Vincent D. | RHODE ISLAND - 1 |
| 4/9/2007 | 63513 | 93-00004 | Johnson, Edith | RHODE ISLAND - 1 |
| 4/9/2007 | 63514 | 93-00107 | Kernan, Thomas A. | RHODE ISLAND - 1 |
| 4/9/2007 | 63515 | 93-00185 | Olson, Richard A. | RHODE ISLAND - 1 |
| 4/9/2007 | 63516 | 93-00369 | Peltier, Barbara | RHODE ISLAND - 1 |
| 4/9/2007 | 63517 | 93-00370 | Lord, Edmond | RHODE ISLAND - 1 |
| 4/9/2007 | 63518 | 93-00476 | Bradshaw, Raymond | RHODE ISLAND - 1 |
| 4/9/2007 | 63519 | 93-00618 | Richmond, Edward | RHODE ISLAND - 1 |
| 4/9/2007 | 63520 | 94-00010 | Dutson, Clifford | RHODE ISLAND - 1 |
| 4/9/2007 | 63521 | 94-00057 | Vargas, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63522 | 94-00135 | Mitchell, Dorothy | RHODE ISLAND - 1 |
| 4/9/2007 | 63523 | 94-00247 | Cereto, Toby | RHODE ISLAND - 1 |
| 4/9/2007 | 63524 | 94-00309 | Allen, Earl | RHODE ISLAND - 1 |
| 4/9/2007 | 63525 | 94-00347 | Robillard, Daniel | RHODE ISLAND - 1 |
| 4/9/2007 | 63526 | 94-00348 | Morrell, Donald | RHODE ISLAND - 1 |
| 4/9/2007 | 63527 | 94-00365 | Witherell, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63528 | 94-00538 | Plourde, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63529 | 94-00539 | Labonte, Adelard | RHODE ISLAND - 1 |
| 4/9/2007 | 63530 | 94-00621 | Nunes, Carol D. | RHODE ISLAND - 1 |
| 4/9/2007 | 63531 | 95-00275 | Good, Leslie | RHODE ISLAND - 1 |
| 4/9/2007 | 63532 | 95-00473 | Lamberton, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63533 | 95-00474 | Farrell, Leo | RHODE ISLAND - 1 |
| 4/9/2007 | 63534 | 95-00475 | Bradshaw, Donald | RHODE ISLAND - 1 |
| 4/9/2007 | 63535 | 95-00479 | Lomazzo, Nicola | RHODE ISLAND - 1 |
| 4/9/2007 | 63536 | 95-00480 | Poulos, Nicholas | RHODE ISLAND - 1 |
| 4/9/2007 | 63537 | 95-00481 | Wilsey, Ronald | RHODE ISLAND - 1 |

| | | | | |
|---|---|---|---|---|
| 4/9/2007 | 63538 | 95-00487 | Richmond, Russell | RHODE ISLAND - 1 |
| 4/9/2007 | 63539 | 95-00488 | Wayland, George | RHODE ISLAND - 1 |
| 4/9/2007 | 63540 | 95-00489 | Zarrella, Eileen | RHODE ISLAND - 1 |
| 4/9/2007 | 63541 | 95-00585 | West, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63542 | 96-00328 | Letendre, Ernest | RHODE ISLAND - 1 |
| 4/9/2007 | 63543 | 96-00329 | McNally, Thomas | RHODE ISLAND - 1 |
| 4/9/2007 | 63544 | 96-00572 | Page, Emily | RHODE ISLAND - 1 |
| 4/9/2007 | 63545 | 96-00583 | Lord, Edmond | RHODE ISLAND - 1 |
| 4/9/2007 | 63546 | 96-00694 | Yeo, Gloria | RHODE ISLAND - 1 |
| 4/9/2007 | 63547 | 97-00172 | Sousa, Henry | RHODE ISLAND - 1 |
| 4/9/2007 | 63548 | 97-00173 | Vincent, Clement | RHODE ISLAND - 1 |
| 4/9/2007 | 63549 | 97-00174 | Marshall, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63550 | 97-00175 | Marold, Ernest | RHODE ISLAND - 1 |
| 4/9/2007 | 63551 | 97-00176 | West, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63552 | 97-00177 | McShane, Patrick | RHODE ISLAND - 1 |
| 4/9/2007 | 63553 | 97-00179 | Lynch, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63554 | 97-00180 | Howarth, Donald | RHODE ISLAND - 1 |
| 4/9/2007 | 63555 | 97-00181 | LaSorsa, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63556 | 97-00184 | Rigney, Raymond | RHODE ISLAND - 1 |
| 4/9/2007 | 63557 | 97-00186 | Renaud, Lionel | RHODE ISLAND - 1 |
| 4/9/2007 | 63558 | 97-00187 | Dantuano, Domenic | RHODE ISLAND - 1 |
| 4/9/2007 | 63559 | 97-00188 | Fortin, Armand | RHODE ISLAND - 1 |
| 4/9/2007 | 63560 | 97-00192 | Vitali, Libero | RHODE ISLAND - 1 |
| 4/9/2007 | 63561 | 97-00193 | Coppola, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63562 | 97-00194 | Desrosiers, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63563 | 97-00198 | Carlson, Gordon | RHODE ISLAND - 1 |
| 4/9/2007 | 63564 | 97-00199 | Egan, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63565 | 97-00200 | Payett, Henry | RHODE ISLAND - 1 |
| 4/9/2007 | 63566 | 97-00201 | Passano, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63567 | 97-00204 | Roux, Arthur | RHODE ISLAND - 1 |
| 4/9/2007 | 63568 | 97-00205 | Donatelli, Dominic | RHODE ISLAND - 1 |
| 4/9/2007 | 63569 | 97-00206 | Contarino, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63570 | 97-00209 | Bailey, Albert | RHODE ISLAND - 1 |
| 4/9/2007 | 63571 | 97-00210 | Brennan, Barthalenew | RHODE ISLAND - 1 |
| 4/9/2007 | 63572 | 97-00211 | Rochon, Everett | RHODE ISLAND - 1 |

| | | | | |
|---|---|---|---|---|
| 4/9/2007 | 63573 | 97-00212 | Newton, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63574 | 97-00214 | Rigney, John N. | RHODE ISLAND - 1 |
| 4/9/2007 | 63575 | 97-00216 | DiSandro, Domenic | RHODE ISLAND - 1 |
| 4/9/2007 | 63576 | 97-00217 | Scungio, Fred | RHODE ISLAND - 1 |
| 4/9/2007 | 63577 | 97-00218 | Vincent, Raymond | RHODE ISLAND - 1 |
| 4/9/2007 | 63578 | 97-00340 | Tashjian, Harold | RHODE ISLAND - 1 |
| 4/9/2007 | 63579 | 97-00692 | Allegretto, Stephen A. | RHODE ISLAND - 1 |
| 4/9/2007 | 63580 | 98-00146 | Biello, Thomas | RHODE ISLAND - 1 |
| 4/9/2007 | 63581 | 98-00147 | Dolan, Irving | RHODE ISLAND - 1 |
| 4/9/2007 | 63582 | 98-00148 | Bishop, Raymond | RHODE ISLAND - 1 |
| 4/9/2007 | 63583 | 98-00149 | Brennan, Dennis | RHODE ISLAND - 1 |
| 4/9/2007 | 63584 | 98-00150 | Beck, Dorothy | RHODE ISLAND - 1 |
| 4/9/2007 | 63585 | 98-00214 | Walker, Herbert | RHODE ISLAND - 1 |
| 4/9/2007 | 63586 | 98-00215 | Sankey, Robert J. | RHODE ISLAND - 1 |
| 4/9/2007 | 63587 | 98-00216 | Schwartz, Gerald | RHODE ISLAND - 1 |
| 4/9/2007 | 63588 | 98-00217 | Sobal, Albert | RHODE ISLAND - 1 |
| 4/9/2007 | 63589 | 98-00218 | Robbins, Arthur | RHODE ISLAND - 1 |
| 4/9/2007 | 63590 | 98-00219 | Shea, Richard | RHODE ISLAND - 1 |
| 4/9/2007 | 63591 | 98-00343 | Parise, Eugene | RHODE ISLAND - 1 |
| 4/9/2007 | 63592 | 98-00344 | O'Brien, Violet | RHODE ISLAND - 1 |
| 4/9/2007 | 63593 | 98-00345 | McNichols, John P. | RHODE ISLAND - 1 |
| 4/9/2007 | 63594 | 98-00346 | Jacques, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63595 | 98-00347 | Champlin, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63596 | 98-00461 | Carroll, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63597 | 98-00462 | Cottrell, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63598 | 98-00463 | Fontes, Richard | RHODE ISLAND - 1 |
| 4/9/2007 | 63599 | 98-00464 | Costa, Wayne | RHODE ISLAND - 1 |
| 4/9/2007 | 63600 | 98-00465 | Hunt, Edward | RHODE ISLAND - 1 |
| 4/9/2007 | 63601 | 98-00466 | Johnson, Allen | RHODE ISLAND - 1 |
| 4/9/2007 | 63602 | 98-00467 | Barnes, Thomas | RHODE ISLAND - 1 |
| 4/9/2007 | 63603 | 98-00468 | Inglesi, Anthony | RHODE ISLAND - 1 |
| 4/9/2007 | 63604 | 98-00505 | Lloyd, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63605 | 98-00558 | DeStefanis, Domenic | RHODE ISLAND - 1 |
| 4/9/2007 | 63606 | 98-00021 | Lataille, Henry | RHODE ISLAND - 1 |
| 4/9/2007 | 63607 | 99-00107 | Long, Annie E. | RHODE ISLAND - 1 |

| | | | | |
|---|---|---|---|---|
| 4/9/2007 | 63608 | 98-00144 | Bradshaw, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63609 | 99-00145 | Tennant, Janet | RHODE ISLAND - 1 |
| 4/9/2007 | 63610 | 99-00337 | Linville, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63611 | 99-00340 | Maccarone, Doris | RHODE ISLAND - 1 |
| 4/9/2007 | 63612 | 99-00370 | Palumbo, Anthony | RHODE ISLAND - 1 |
| 4/9/2007 | 63613 | 99-00454 | DiBitteto, Ralph | RHODE ISLAND - 1 |
| 4/9/2007 | 63614 | 99-00455 | Harriman, Walter M. | RHODE ISLAND - 1 |
| 4/9/2007 | 63615 | 99-00456 | Waldron, Frances | RHODE ISLAND - 1 |
| 4/9/2007 | 63616 | 99-00464 | Holewiak, Edward | RHODE ISLAND - 1 |
| 4/9/2007 | 63617 | 99-00501 | Catanzaro, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63618 | 99-00502 | Charest, David R. | RHODE ISLAND - 1 |
| 4/9/2007 | 63619 | 99-00503 | Clement, Harry | RHODE ISLAND - 1 |
| 4/9/2007 | 63620 | 99-00504 | Colavecchio, Donato | RHODE ISLAND - 1 |
| 4/9/2007 | 63621 | 99-00505 | D'Acci, Michael R. | RHODE ISLAND - 1 |
| 4/9/2007 | 63622 | 99-00506 | D'Antuono, Anthony | RHODE ISLAND - 1 |
| 4/9/2007 | 63623 | 99-00507 | Damiani, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63624 | 99-00508 | Decataldo, Salvatore | RHODE ISLAND - 1 |
| 4/9/2007 | 63625 | 99-00509 | Byrnes, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63626 | 99-00510 | Carrerio, Michael J. | RHODE ISLAND - 1 |
| 4/9/2007 | 63627 | 99-00511 | Brown, Henry H. | RHODE ISLAND - 1 |
| 4/9/2007 | 63628 | 99-00512 | Brown, Edmund C. | RHODE ISLAND - 1 |
| 4/9/2007 | 63629 | 99-00513 | Bianco, Frank J. | RHODE ISLAND - 1 |
| 4/9/2007 | 63630 | 99-00514 | Bagge, Edward | RHODE ISLAND - 1 |
| 4/9/2007 | 63631 | 99-00515 | Acquaviva, Maurice J. | RHODE ISLAND - 1 |
| 4/9/2007 | 63632 | 99-00516 | Buffery, Charles | RHODE ISLAND - 1 |
| 4/9/2007 | 63633 | 99-00517 | Edwards, Robert A. | RHODE ISLAND - 1 |
| 4/9/2007 | 63634 | 99-00518 | Dudzik, Ronald | RHODE ISLAND - 1 |
| 4/9/2007 | 63635 | 99-00519 | Dewsnap, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63636 | 99-00520 | Derouin, Leo W. | RHODE ISLAND - 1 |
| 4/9/2007 | 63637 | 99-00620 | Kitchen, Raymond | RHODE ISLAND - 1 |
| 4/9/2007 | 63638 | 99-00621 | Ferrara, Robert S. | RHODE ISLAND - 1 |
| 4/9/2007 | 63639 | 99-00622 | Johnston, Edward | RHODE ISLAND - 1 |
| 4/9/2007 | 63640 | 99-00623 | Kaye, Richard | RHODE ISLAND - 1 |
| 4/9/2007 | 63641 | 99-00624 | Lapierre, Paul | RHODE ISLAND - 1 |
| 4/9/2007 | 63642 | 99-00625 | Lacerda, Carlos | RHODE ISLAND - 1 |

| | | | | |
|---|---|---|---|---|
| 4/9/2007 | 63643 | 99-00626 | Kelly, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63644 | 99-00627 | Gallagher, George M. | RHODE ISLAND - 1 |
| 4/9/2007 | 63645 | 99-00628 | Fantasia, Frank | RHODE ISLAND - 1 |
| 4/9/2007 | 63646 | 99-00629 | Lee, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63647 | 99-00630 | Grattage, Harold Jr. | RHODE ISLAND - 1 |
| 4/9/2007 | 63648 | 99-00631 | Healy, Wallace | RHODE ISLAND - 1 |
| 4/9/2007 | 63649 | 99-00632 | MacIntyre, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63650 | 99-00633 | Jacques, Adelard | RHODE ISLAND - 1 |
| 4/9/2007 | 63651 | 99-00634 | Houde, Ronald | RHODE ISLAND - 1 |
| 4/9/2007 | 63652 | 99-00635 | Famiglietti, Marshall | RHODE ISLAND - 1 |
| 4/9/2007 | 63653 | 99-00636 | Lariviere, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63654 | 00-00117 | Dohoney, Edward Jr. | RHODE ISLAND - 1 |
| 4/9/2007 | 63655 | 00-00118 | Rafferty, Robert P. | RHODE ISLAND - 1 |
| 4/9/2007 | 63656 | 00-00146 | Piampiano, Nicholas | RHODE ISLAND - 1 |
| 4/9/2007 | 63657 | 00-00147 | Somerville, Kenneth | RHODE ISLAND - 1 |
| 4/9/2007 | 63658 | 00-00148 | Tetreault, Wilfred | RHODE ISLAND - 1 |
| 4/9/2007 | 63659 | 00-00149 | Turner, George | RHODE ISLAND - 1 |
| 4/9/2007 | 63660 | 00-00150 | Thomas, Anthony | RHODE ISLAND - 1 |
| 4/9/2007 | 63661 | 00-00151 | Vaccaro, Andrew | RHODE ISLAND - 1 |
| 4/9/2007 | 63662 | 00-00152 | Waldron, John E. | RHODE ISLAND - 1 |
| 4/9/2007 | 63663 | 00-00153 | Wehterbee, David | RHODE ISLAND - 1 |
| 4/9/2007 | 63664 | 00-00154 | Wing, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63665 | 00-00155 | Pirolli, Arthur | RHODE ISLAND - 1 |
| 4/9/2007 | 63666 | 00-00156 | Micale, Frank | RHODE ISLAND - 1 |
| 4/9/2007 | 63667 | 00-00157 | Mattera, William V. | RHODE ISLAND - 1 |
| 4/9/2007 | 63668 | 00-00158 | Mastrangelo, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63669 | 00-00159 | Mastrangelo, Anthony | RHODE ISLAND - 1 |
| 4/9/2007 | 63670 | 00-00160 | Machado, Daniel | RHODE ISLAND - 1 |
| 4/9/2007 | 63671 | 00-00161 | MacDonald, David Jr. | RHODE ISLAND - 1 |
| 4/9/2007 | 63672 | 00-00162 | McGlynn, Jeannette | RHODE ISLAND - 1 |
| 4/9/2007 | 63673 | 00-00163 | McCaffrey, James H. | RHODE ISLAND - 1 |
| 4/9/2007 | 63674 | 00-00164 | Kells, James E. | RHODE ISLAND - 1 |
| 4/9/2007 | 63675 | 00-00165 | Castrignano, Thomas | RHODE ISLAND - 1 |
| 4/9/2007 | 63676 | 00-00166 | Enos, Alan M. | RHODE ISLAND - 1 |
| 4/9/2007 | 63677 | 00-00167 | Moses, Michael | RHODE ISLAND - 1 |

| | | | | |
|---|---|---|---|---|
| 4/9/2007 | 63678 | 00-00168 | Powers, Ernest | RHODE ISLAND - 1 |
| 4/9/2007 | 63679 | 00-00169 | Prosper, Richard | RHODE ISLAND - 1 |
| 4/9/2007 | 63680 | 00-00170 | Ricci, Anthony | RHODE ISLAND - 1 |
| 4/9/2007 | 63681 | 00-00171 | Ricci, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63682 | 00-00172 | Roderick, Peter | RHODE ISLAND - 1 |
| 4/9/2007 | 63683 | 00-00173 | Petrucci, Robert C. | RHODE ISLAND - 1 |
| 4/9/2007 | 63684 | 00-00174 | Peters, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63685 | 00-00175 | Parrillo, Bendetto | RHODE ISLAND - 1 |
| 4/9/2007 | 63686 | 00-00176 | O'Malley, William | RHODE ISLAND - 1 |
| 4/9/2007 | 63687 | 00-00255 | Fluhr, Arthur | RHODE ISLAND - 1 |
| 4/9/2007 | 63688 | 00-00358 | Rozzero, Richard | RHODE ISLAND - 1 |
| 4/9/2007 | 63689 | 00-00541 | Clark, Maryland L., Jr. | RHODE ISLAND - 1 |
| 4/9/2007 | 63690 | 00-00591 | O'Connor, Maurice | RHODE ISLAND - 1 |
| 4/9/2007 | 63691 | 00-00600 | Cullis, Anna | RHODE ISLAND - 1 |
| 4/9/2007 | 63692 | 00-00601 | Lariviere, Joseph | RHODE ISLAND - 1 |
| 4/9/2007 | 63693 | 00-00602 | Pfaffman, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63694 | 00-00603 | Stilphen, Marjorie | RHODE ISLAND - 1 |
| 4/9/2007 | 63695 | 00-00604 | Nolan, Joyce | RHODE ISLAND - 1 |
| 4/9/2007 | 63696 | 00-00605 | Gorczyca, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63697 | 00-00619 | Eichelkraut, Mary | RHODE ISLAND - 1 |
| 4/9/2007 | 63698 | 00-00620 | George, Raymond | RHODE ISLAND - 1 |
| 4/9/2007 | 63699 | 01-00012 | Patenaude, George | RHODE ISLAND - 1 |
| 4/9/2007 | 63700 | 01-00129 | Statton, Robert | RHODE ISLAND - 1 |
| 4/9/2007 | 63701 | 01-00317 | Majkut, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63702 | 01-00519 | Bruno, Arthur | RHODE ISLAND - 1 |
| 4/9/2007 | 63703 | 02-00007 | Costa, Alan | RHODE ISLAND - 1 |
| 4/9/2007 | 63704 | 02-00056 | Walsh, John J. | RHODE ISLAND - 1 |
| 4/9/2007 | 63705 | 02-00070 | Baird, Edwin | RHODE ISLAND - 1 |
| 4/9/2007 | 63706 | 02-00386 | Henderson, James | RHODE ISLAND - 1 |
| 4/9/2007 | 63707 | 03-00378 | Phillips, Nolan D. | RHODE ISLAND - 1 |
| 4/9/2007 | 63708 | 05-00048 | Tate, Betty M. | RHODE ISLAND - 1 |
| 4/9/2007 | 63709 | 05-00104 | Schwartz, John | RHODE ISLAND - 1 |
| 4/9/2007 | 63710 | 06-00430 | Levitt, Cliff | RHODE ISLAND - 1 |
| 4/9/2007 | 63711 | 02-00272 | Crocker, Robert W. | RHODE ISLAND - 1 |